IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

R.S., A MINOR, BY HIS PARENTS AND    )
NATURAL GUARDIANS, M.S AND A.S.;   )
M.S., A.S., INDIVIDUALLY;               )            2:17-CV-01142-CRE
                                         )
        Plaintiffs,               )
                                         )
     vs.                         )
                                       )
NOAH FARDO, ESQUIRE; AND       )
FLAHERTY FARDO, LLC,          )
                                       )
        Defendants,         )
                                       )
                                       )

## **ORDER**

AND NOW, this 4th day of May, 2018,

IT IS HEREBY ORDERED that Defendants' motion to dismiss [ECF No. 14] is granted.

IT IS FURTHER ORDERED that to the extent that Plaintiffs seek to amend their complaint consistent with this opinion, they may do so by May 10, 2018.  No further amendments without good cause will be permitted.


                               By the Court:

                               s/ Cynthia Reed Eddy
                               Cynthia Reed Eddy
                               United States Magistrate Judge


cc: all registered counsel via CM-ECF